# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Plaintiff: Dennis Clay Sharpless

v.

Defendant: DART

Civil Action No. 3-23CV0013-G

## COMPLAINT

As Exhibit will explain who situates ten

* Attach additional pages as needed.

Date: January 4, 2023
Signature: Dennis Clay Sharpless
Print Name: DENNIS CLAY SHARPLESS
Address: SAME AS other
City, State, Zip:
Telephone:

